No. 81–235.  Puget Sound Power & Light Co. v. Federal Energy Regulatory Commission et al.  C. A. 9th Cir.  Certiorari denied.

No. 81–289.  Crown Simpson Pulp Co. et al. v. Gorsuch, Administrator, Environmental Protection Agency.  C. A. 9th Cir.  Certiorari denied.

No. 81–359.  Yuen v. Internal Revenue Service et al.  C. A. 2d Cir.  Certiorari denied.

No. 81–405.  Wolfe, Executrix, et al. v. Continental Casualty Co.  C. A. 6th Cir.  Certiorari denied.

No. 81–435.  Holiday Inn v. Holiday Inns, Inc.  C. A. 4th Cir.  Certiorari denied.

No. 81–458.  National Bank of Commerce of San Antonio v. Secretary of Labor et al.  C. A. 5th Cir.  Certiorari denied.

No. 81–508.  Goldberg v. Medtronic, Inc.  C. A. 7th Cir.  Certiorari denied.

No. 81–519.  Keeter et al. v. Virginia.  Sup. Ct. Va.  Certiorari denied.

No. 81–526.  Jones v. Prudential Insurance Co. et al.  C. A. 5th Cir.  Certiorari denied.

No. 81–529.  Angel et al. v. Superior Court of San Diego County et al. (Renn et al., Real Parties in Interest).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 81–550.  Buttress v. Oklahoma.  Ct. Crim. App. Okla.  Certiorari denied.